Carmelo Maisonet, Plaintiff, and Miriam Cirera, Appellant, v Michael Roman et al., Respondents.

Decided June 2, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

Henry Nolasco, Plaintiff, v Soho Plaza Corp. et al., Defendants/Third-Party Plaintiffs-Appellants. Jason Birnbaum et al., Third-Party Respondents, et al., Third-Party Defendant.

Submitted January 4, 2016; decided June 2, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

The People of the State of New York, Respondent, v Kevin Allen, Appellant.

Submitted May 23, 2016; decided June 2, 2016

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

The People of the State of New York, Respondent, v Roberto Estremera, Appellant.

Submitted May 9, 2016; decided June 2, 2016

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.